FILED'10 FEB 22 15:25 USDC-ORP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEVEN WHITE, KIRK SCOTT, JIM TROTTER, KEVIN WATT, ROBERT SIEVERS, DAVE MORRIS, and BURRELL WALLEN individually and on behalf of other similarly situated,<br>Plaintiffs,<br><br>vs.<br><br>RAKHRA MUSHROOM FARM CORP., dba OREGON TRAIL MUSHROOM, an Oregon corporation; TREASURE VALLEY MUSHROOM COMPANY, OREG. LTD., a domestic limited partnership; BALJIT SINGH NANDA, an individual.<br>Defendants. | NO. CV'08-0198-SU<br><br>ORDER PRELIMINARILY APPROVING SETTLEMENT AND FORM OF NOTICE |

Plaintiffs having moved for preliminary approval of the proposed settlement and for approval of the form of notice to the class, and the Court being fully advised,

IT IS HEREBY ORDERED:

1. This action is certified as a class action and Steven White, Kirk Scott, Jim Trotter, Kevin Watt, Robert Sievers, Dave Morris, and Burrell Wallen are the representatives for the class. The class members are workers who worked for Rakhra Mushroom Farm Corp. between July 1, 2006 and December 7, 2007, and worked for more than 40 hours in at least one week and

held the position of maintenance worker, cooler attendant, packager, general cleanup worker, on site driver, weigher, pre-pack worker, or mix site employee.

2. Lynn S. Walsh is appointed as class counsel pursuant to Fed. R. Civ. P. 23(g).

3. Subject to consideration by the Court of any objections that may be received, the Court finds the settlement to be fair, reasonable and adequate, and in the best interests of the plaintiffs, and the Court hereby preliminarily approves the settlement under Fed. R. Civ. P. 23(e).

4. Within seven days after entry of this Order, plaintiffs' counsel shall provide notice to the class in substantially the same form as Exhibit B attached to the Motion for Preliminary Approval. The notice shall be sent by first-class mail to the last known address of the class member.

5. Any class member or his representative may appear at the hearing scheduled for the __19__ day of __May__, 2010, at __11:00 A.M.__ Courtroom _____, at the the United States Courthouse located at 104 Southwest Dorian, Pendleton, Oregon to show cause why the proposed settlement should not be approved as fair, reasonable, and adequate, or may submit a statement in writing. However, no person will be heard and no written statement considered unless the objection is made in writing and delivered to the Clerk of the Court no later than the __5__ day of __May__, 2010.

6. Any class member who so requests will be excluded from the class. Requests for exclusion must be in writing and received by the Clerk of the Court no later than the __26th__ day of __July__, 2010.

DATED: __February 19, 2010__

_Patricia Sullivan_
Patricia Sullivan
United States Magistrate Judge

Page 2     ORDER PRELIMINARILY APPROVING
           SETTLEMENT AND FORM OF NOTICE