FILED
CLERK, U.S. DISTRICT COURT

MAY 20 2010

DISTRICT OF OREGON
PENDLETON, OR

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEVEN WHITE, et al., ) | |
| ) | Civil No. CV 08-198-SU |
| Plaintiff(s), ) | |
| ) | **FINAL JUDGMENT** |
| v. ) | |
| ) | |
| RAKHRA MUSHROOM FARM CORP., et al., ) | |
| ) | |
| Defendant(s). ) | |

By order dated February 22, 2010, the Court (1) certified this action as a class action and Steven White, Kirk Scott, Jim Trotter, Kevin Watt, Robert Sievers, Dave Morris, and Burrell Wallen were named the representatives of the class, and Lynn S. Walsh was appointed class counsel, (2) preliminarily approved the Stipulation for Settlement between the plaintiffs and defendant as being within the possible range of approval, (3) directed plaintiffs' counsel to send notice of the proposed settlement to members of the class, (4) set May 5, 2010 as the latest date to file objections to proposed settlement, and (5) ordered that a hearing be held on May 19, 2010, to determine whether the settlement is fair, adequate, and reasonable, and whether it should be finally approved by the Court. [No objections to the proposed settlement have been filed.] The Court has conducted the hearing for consideration of final approval. Now, therefore,

IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1. The parties have complied with Fed. R. Civ. P. 23(e). Adequate notice has been given of the pendency of this action, the terms of the proposed settlement, and the opportunity to be heard at the May 19, 2010 hearing.

2. The Proposed Settlement is fair, adequate, and reasonable, is approved, and is incorporated herein by this reference.

3. The parties are directed to consummate the settlement in accordance with its terms.

4. With the exception of any members that opt out by July 26, 2010, the members of the plaintiff class are: workers who worked for Rakhra Mushroom Farm Corp. between July 1, 2006 and December 7, 2007, for more than 40 hours in at least one week.

5. This action is dismissed on its merits, with prejudice, and without costs or attorney fees to any party except as provided for in the Proposed Settlement.

6. Defendant Rakhra Mushroom Farm Corp. and its successors, heirs, and assigns are discharged finally and conclusively from all liability to any member of the class.

7. Each member of the class shall be bound by the settlement and by this judgment, whether or not that class member submits a form claiming a share of the settlement fund.

8. Without affecting the finality of this judgment in any way, the Court reserves jurisdiction to enter such further orders as may be necessary to give effect to this judgment or to enforce the terms of the settlement.

Dated this 19th day of May, 2010.

by _____
Patricia Sullivan
United States Magistrate Judge